# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECICUT

2011 JUN -8 PM 2: 08

IN RE:

MILA SPRAGUE

) CHAPTER 13
08-33779
) CASE NO. 89-33779LMW

$ 100.00
# 274704

## PAYMENT OF UNCLAIMED FUNDS TO CLERK

Pursuant to Bankruptcy Court section 347(a) and Bankruptcy Rule 3011, **Molly T. Whiton,** hereby submits a check from the above captioned case undistributed funds unclaimed by the following:

Check #          **28710**          **$100.00**

### MILA SPRAGUE
### 143 PETERS LANE
### ROCKFALL, CT 06481

### OVER 90 DAYS AND REISSUED 2X

Dated at Hartford, Connecticut this          day of          , 2011.

/s/

Molly T. Whiton
Chapter 13 Standing Trustee
10 Columbus Blvd., Hartford, CT 06106
Tele:(860) 278-9410 Fax:(860) 527-6185
Fed Id# 02214 e-mail: mtwhiton@mtwhiton.com

This is to certify that a copy hereof was mailed, prepaid, on the above date, to the following:

**Debtor:  143 PETERS LANE ROCKFALL CT 06481**
**Office of the U.S. Trustee:** USTPRegion02.NH.ECF@USDOJ.GOV
**Debtor's Counsel:** ressmul@yahoo.com

/s/

Molly T. Whiton, Chapter 13 Standing Trustee